# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **KTW PROPERTIES, LLC,**　　　　　Plaintiff,　　vs.　　**COLUMBIA MUTUAL INSURANCE COMPANY,**　　　　　Defendant. | **8:21CV420**　　**ORDER** |

In accordance with the discussion held with counsel during the telephone conference on March 30, 2022, before the undersigned magistrate judge,

**IT IS ORDERED** that Defendant's request to bifurcate is granted. Plaintiff's bad faith claim is stayed pending resolution of the breach of contract claim. The parties may proceed with discovery relevant to Plaintiff's breach of contract claim and Defendant's affirmative defenses, but discovery solely related to Plaintiff's bad faith claim is stayed.

Dated this 30th day of March, 2022.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge