IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KTW PROPERTIES, LLC,<br><br>     Plaintiff,<br><br> vs.<br><br>COLUMBIA MUTUAL INSURANCE COMPANY,<br><br>     Defendant. | 8:21CV420<br><br><br>ORDER] |

  This matter is before the Court following a planning conference held by telephone with counsel for the parties on December 16, 2022. Counsel for the parties have advised the court that mediation has been scheduled for January 25, 2023, with Michael Kinney. Accordingly,

  **IT IS ORDERED**:

1. All remaining case progression deadlines are stayed, and all hearings are terminated, pending the outcome of mediation.
2. On or before **February 1, 2023**, the parties shall notify the Court regarding the outcome of mediation.
3. If mediation is unsuccessful, the parties shall contact the undersigned magistrate judge's chambers to schedule a telephone conference to reset progression order deadlines.

Dated this 16th day of December, 2022.

               BY THE COURT:

               s/Michael D. Nelson
               United States Magistrate Judge