IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KTW PROPERTIES, LLC,<br><br>                  Plaintiff,<br><br>vs.<br><br>COLUMBIA MUTUAL INSURANCE COMPANY,<br><br>                  Defendant. | 8:21CV420<br><br>ORDER ON JOINT STIPULATION FOR DISMISSAL |

This case is before the Court on the parties' Joint Stipulation for Dismissal. Filing 34. The Stipulation follows settlement of the case. It is signed by both parties in the case. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). Accordingly,

IT IS ORDERED that the parties' Joint Stipulation for Dismissal, Filing 34, is granted, and this action is dismissed with prejudice. The Clerk of Court shall terminate the case.

Dated this 3rd day of March, 2023.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

1